# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> Aaron Nichols ) <br> ) <br> *Defendant(s)* ) | Case:   4:22-CR-00300-JM |

### NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

Please take notice that Christopher H. Baker of the James Law Firm, who is admitted to practice before this court, will be aiding as counsel in the representation of Aaron Nichols in the case captioned above and respectfully requests that he be included on the service of all notices, pleadings, and other documents filed in this case.

Date: November 25, 2022                                                        Respectfully submitted,

/s/ Christopher H. Baker
Christopher H. Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Aaron Nichols*
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Email: Chris@Jamesfirm.com